# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA

vs.

**Antonio Renard Mincey**         No. **CR 20-76-BLG-SPW**

DOB: __2001__        **PETITION TO OPEN JUVENILE RECORDS**

SSN: __XXX-XX-7446__

Whereas the above-name defendant entered a plea of Guilty to the offense of Receipt of a Firearm While Under Indictment, and the court having ordered a Pre-Sentence Investigation into the Defendant's background, the Petitioner requests all juvenile records pertaining to the Defendant, including Law Enforcement, County Probation, County Welfare, and Department of Institutions records, be made available.

_____
U.S. Probation Officer

December 18, 2020
Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

The Court having considered the aforementioned petition; does hereby order the release of pertinent juvenile records held by any Law Enforcement Agency, Probation Office, Welfare Agency, or Department of Institutions to the Petitioner or authorized agency of the Adult Probation and Parole Officer.

_____
U.S. District Judge

Dated this __18th__ day of __December__ 2020.